# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ANDREW CARSWELL

      Plaintiff,   :

  v.                                         Case No. 2:23-cv-167
                                             Judge Sarah D. Morrison
                                             Magistrate Judge Elizabeth A.
LUCAS EDWARDS, *et al.*,   :    Preston Deavers

      Defendants.

## ORDER

     Plaintiff Andrew Carswell is an Ohio inmate proceeding without assistance of counsel. (ECF No. 7.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge issued a Report and Recommendation recommending that the Court permit Mr. Carswell to proceed on his Eighth Amendment claims and on his civil conspiracy claims against Defendants Edwards, Stowe, and John Doe 1, and that the Court dismiss the civil conspiracy claim against Defendant Taylor for failure to state a claim upon which relief may be granted. (*Id.*)

     The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 7). Mr. Carswell may proceed on his Eighth Amendment claims and on his civil conspiracy claims against Defendants Edwards, Stowe, and John Doe 1. Mr. Carswell's civil conspiracy claim against Defendant Taylor is **DISMISSED**.

       IT IS SO ORDERED.

                                                /s/ Sarah D. Morrison
                                                **SARAH D. MORRISON**
                                                **UNITED STATES DISTRICT JUDGE**