**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANDREW CARSWELL**

    **Plaintiff,** :

           **Case No. 2:23-cv-167**
v.            **Judge Sarah D. Morrison**
           **Magistrate Judge Elizabeth A.**
           **Preston Deavers**

**LUCAS EDWARDS, *et al.*,** :

    **Defendants.**

## ORDER

Plaintiff Andrew Carswell is an Ohio inmate proceeding without assistance of counsel. On August 9, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Court grant the remaining Defendants' Motion to Dismiss. (ECF No. 32.)

The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 32.) Defendants' Motion to Dismiss is **GRANTED**. Mr. Carswell's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case.

    IT IS SO ORDERED.

                      /s/ Sarah D. Morrison
                      **SARAH D. MORRISON**
                      **UNITED STATES DISTRICT JUDGE**